United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN PATRICK WHITE,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-11-03627 (DMR)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff filed this action on July 25, 2011. [*See* Docket No. 1.] During the initial case management conference on November 2, 2011, the court warned Plaintiff that if he did not timely serve the summons and complaint on the defendants, the court could dismiss his case for failure to prosecute. [Docket No. 4.] To date Plaintiff has not served the defendants. Accordingly, the court dismisses this case without prejudice.

IT IS SO ORDERED.

Dated: December 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*